FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 24 2023

BY
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DAJORE J MARKS<br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED CREDIT SERVICES INC.<br>    Defendant, | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No. 1:23cv 383<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff DAJORE J MARKS as and for his complaint respectfully alleges:

### I.  INTRODUCTION

1. This is an action brought by Plaintiff DAJORE J MARKS, an individual consumer, seeking actual, statutory damages, and costs against Defendant ASSOCIATED CREDIT SERVICES INC. (hereinafter "ACS") for violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.  JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 because the complaint alleges a federal claim and requires the resolution of substantial questions of

1

federal law. Venue is proper in that the Defendant transacts business in Beaumont, Texas and the conduct complained of occurred in Beaumont, Texas.

### III. PARTIES

3. Plaintiff DAJORE J MARKS is a natural person residing in Beaumont, Jefferson County, Texas. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant ACS has a principal place of business that is located at 3 Highwood Drive, Suite 102E, Tewksbury, MA 01876 and is authorized to do business in the State of Texas, and the conduct complained of occurred in Beaumont, Texas.

5. Defendant ACS. is engaged in the collection of debt from consumers using the mails and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another. The alleged debt arose from a financial obligation that was primarily for personal, family, or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

### IV. FACTS OF THE COMPLAINT

7. Defendant ACS, is a "debt collector" as defined by the FDCPA, 15 U.S.C § 1692a(6).

8. On or about October 19th, 2023, at 12:03pm, Plaintiff received a text from Defendant ACS, about a debt allegedly owed to TD Bank in the amount of $1380.00.

9. On or about October 19th, 2023 at 2:20pm, Plaintiff sent communication via text saying, "I refuse to pay the debt". Pursuant to 15 § U.S.C 1692c(c) once a consumer sends communication to a debt collector that the consumer refuses to pay to pay a debt, the debt collector must cease all communications.

10. On or about October 20th, 2023 at 1:07pm, Plaintiff received a reply via text from Defendant ACS. This was illegal contact by Defendant ACS after the Plaintiff sent communication via text stating that they refused to pay the debt. Violations thereto are documented by text captured that are in the possession of Plaintiff. In contradiction to the aforementioned actions of Defendant ACS, it may assert a defense of Bona Fide Error, claiming that any alleged violation of the Fair Debt Collection Practices Act was the result of a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error, pursuant to 15 U.S.C. § 1692k(c). However, the continual nature of Defendant's violations and its persistence in attempting to collect the alleged debt post Plaintiff's clear communication of refusal to pay, strongly suggests a willful disregard for the FDCPA, rather than a bona fide error.

## V. FIRST CLAIM FOR RELIEF
## 15 U.S.C § 1692c(c)
## (Defendant: ACS)

11. Plaintiff re-alleges and incorporates by reference paragraphs 1-10 above.

12. Defendant violated 15 U.S.C. § 1692c(c) by failing to cease collection activity after receiving written notice.

13. Defendant caused injury in fact, by causing, among other things, mental and emotional distress, invasion of personal privacy, and other injuries and damages to Plaintiff.

14. Defendants's conduct was negligent and/or willful.

15. Plaintiff is entitled to recover actual damages pursuant to 15 U.S.C. § 1692k(a)(1). Alternatively, Plaintiff is entitled to statutory damages and other costs pursuant to 15 U.S.C. § 1692k(2)(A)(3).

16. Alternatively, Plaintiff is entitled to statutory damages and other costs pursuant to 15 U.S.C. § 1692k(2)(A)(3).

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff DAJORE J MARKS respectfully requests an jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant ACS for:

a   Judgment for the violations occurred for violating the FDCPA.

b   Actual damages pursuant to 15 U.S.C § 1692k(a)(1).

c   Statutory damages pursuant to 15 U.S.C § 1692k(2)(A).

d   Cost pursuant to 15 U.S.C 1692k(3);

e   For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Dated: October 24th, 2023
DAJORE J MARKS  /s/ Dajore J Marks
3760 Broadmoor Drive
Beaumont, TX 77707
Email: dmarks2011grad@gmail.com

Phone: 409 466-0673

4

16. Alternatively, Plaintiff is entitled to statutory damages and other costs pursuant to 15 U.S.C. § 1692k(2)(A)(3).

VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff DAJORE J MARKS respectfully requests an jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant ACS for:

a Judgment for the violations occurred for violating the FDCPA.

b Actual damages pursuant to 15 U.S.C § 1692k(a)(1).

c Statutory damages pursuant to 15 U.S.C § 1692k(2)(A).

d Cost pursuant to 15 U.S.C 1692k(3);

e For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Dated: October 24th, 2023

DAJORE J MARKS

3760 Broadmoor Drive

Beaumont, TX 77707

Email: dmarks2011grad@gmail.com

Phone # 409 466-0673

4 Ext