IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAJORE J. MARKS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-00383 |
| | § | |
| ASSOCIATED CREDIT SERVICES INC., | § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant*. | § | |
| | § | |

ORDER ACCEPTING REQUEST FOR DISMISSAL

Pending before the Court is the *Notice of Dismissal With Prejudice* filed by Plaintiff Dajore J. Marks.  [Dkt. 4].  Marks is electing to dismiss this action with prejudice against Defendant Associated Credit Services.  Because Associated Credit Services has not served either an answer or a motion for summary judgment, Marks is entitled to a dismissal.  FED. R. CIV. P. 41(a)(1)(A)(i).  Accordingly, the Court finds that the above-captioned proceeding should be dismissed.

It is therefore ORDERED that the Marks's *Notice of Dismissal With Prejudice* is [Dkt. 4] is ACCEPTED.  This case is DISMISSED with prejudice.  The Clerk is directed to close the case and deny all pending motions as moot.  Each party is assessed their own costs.

**SIGNED this 30th day of January, 2024.**

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge